ILLUM INCORPORATED, Appellant, *v.* AMERICAN MACHINE AND FOUNDRY COMPANY, Respondent.

(Argued October 3, 1929; decided October 22, 1929.)

*Nathan L. Miller, J. Arthur Leve* and *H. Bartow Farr* for appellant.

*Lloyd Paul Stryker* and *H. H. Ramsay* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Dissenting: CARDOZO, Ch. J., and POUND, J. Not sitting: LEHMAN, J.